IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | No. 12-418-2 |
| v. | : | |
| | : | CIVIL ACTION |
| MARLON GRAHAM | : | No. 17-3559 |

**<u>ORDER</u>**

AND NOW, this 12th day of October, 2020, upon consideration of Defendant Marlon Graham's pro se Motion to Vacate, Set Aside, or Correct a Sentence By a Person in Federal Custody Pursuant to 28 U.S.C. § 2255, and the government's response in opposition, and for the reasons set forth in the accompanying Memorandum, it is ORDERED:

- Graham's Motion to Vacate, Set Aside or Correct a Sentence (Document 660) is DENIED;

- Graham's Motion for Default Judgment (Document 737) is DENIED;[1]

- A certificate of appealability shall not issue; and

- The Clerk of Court is DIRECTED to mark the above-captioned civil case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.

---

[1] In August 2019, Graham filed a motion for default because the government had not responded to his motion to vacate. However, before Graham filed this motion, the Court set a new deadline for the government's response. Because the government filed its response before that deadline, the Court denies Graham's motion for default.