IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL ACTION |
| v. | : |
| | : NO. 12-418-2 |
| MARLON GRAHAM | : |

**ORDER**

AND NOW, this 27th day of January, 2022, it is hereby ORDERED that Defendant's Motion for Compassionate Release Under 18 U.S.C. § 3582(c)(1)(A)(i), as amended and supplemented (Document Nos. 755, 763, 773, 774, 775, 778) is DENIED.

BY THE COURT:

/s/ Juan R. Sanchez

_____
Juan R. Sánchez,        C.J.